FILED

12/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0715

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0715

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TREVOR ROBERTS,

      Defendant and Appellant,

O R D E R

_____

Upon consideration of Appellant's motion for a 10-day extension to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until December 16, 2024, to prepare, file, and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2024